UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLITA BLANCO,<br><br>　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>HUD (2019) UNSOLICITED RESEARCH GRANT; (INFLUENCER) VALERIE PELS; COMPTROLLER BILL LANDER,<br><br>　　　　　　　　　Defendants. | 25-cv-2229 (LLS)<br><br>CIVIL JUDGMENT |

　　For the reasons stated in the July 21, 2025, order, this action is dismissed.

　　The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:　October 9, 2025
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　／s／ Louis L. Stanton
　　　　　　　　　　　　　　　　　　　　　　LOUIS L. STANTON
　　　　　　　　　　　　　　　　　　　　United States District Judge